## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| YVONNE BROWN LEWIS, )<br> )<br>    Plaintiff, )<br> )<br>vs. )<br> )<br>SCOTT, PARNELL & ASSOCIATES, )<br>P.C., and ASSET ACCEPTANCE, LLC, )<br> )<br>    Defendants ) | Civil Action No. 1:16-cv-00290-PCH-TFM<br><br>PLAINTIFF'S NOTICE OF APPEAL |

Plaintiff, Yvonne Brown Lewis, hereby gives notice that she appeals to the United States Court of Appeals for the Eleventh Circuit from this Court's December 16, 2016 order granting Defendant Scott, Parnell & Associates, P.C. motion to dismiss Plaintiff's case.  Doc. 49.

Dated: January 12, 2017.  Respectfully submitted,

s/ Jose F. Gill
Jose F. Gill (P*ro Hac Vice*)
Thompson Consumer Law Group, PLLC
5235 E. Southern Ave., D106-618
Mesa, AZ 85206
Telephone: (602) 388-8836
Facsimile: (866) 317-2674
jgill@consumerlawinfo.com
Attorney for Yvonne Brown Lewis

1

## CERTIFICATE OF SERVICE

I certify that on January 12, 2017, the forgoing was filed using the CM/ECF system of the Court which sent notification of the same to Defendants through counsel below as follows:

Rachel R. Friedman
R. Frank Springfield
Burr Forman, LLP
420 N 20th Street, Ste. 3400
Birmingham, AL 35203
rfriedman@burr.com
fspringf@burr.com

Cynthia L. Fulton
Scott & Associates, P.C.
3150 N. 24th Street, Ste. B-200
Phoenix, AZ 85016
cindyf@scott-pc.com

s/Jose F. Gill
Jose F. Gill